# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NUNEZ-MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendant(s). | Case No. EDCV 19-514-DMG (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the following claims be dismissed from the action with prejudice and without leave to amend: (a) against defendants Swain and Hernandez in their official capacity; (b) for injunctive relief against defendants Swain and Hernandez in their individual capacity; and (c) against defendant Swain in her individual capacity.

Dated: September 9, 2019

DOLLY M. GEE
United States District Judge