UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NUNEZ-MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendant(s). | Case No. EDCV 19-514-DMG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.[1] The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: January 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　
DOLLY M. GEE
United States District Judge

---

[1] The Court notes that Plaintiff's mail has been returned as undeliverable. [Doc. ## 36, 37.] Plaintiff has failed to prosecute this case diligently for the additional reason that he has failed to keep the Court apprised of his current address in violation of Local Rule 41-6.