JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARTIN NUNEZ-MARTINEZ, | Case No. EDCV 19-514-DMG (KK) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 2, 2020

DOLLY M. GEE
United States District Judge